

2001 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-26-2001

# S Camden Citizens v. NJ Dept Env Prot

Precedential or Non-Precedential:

Docket 01-2224

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2001

Recommended Citation

"S Camden Citizens v. NJ Dept Env Prot" (2001). *2001 Decisions.* Paper 299.
http://digitalcommons.law.villanova.edu/thirdcircuit_2001/299

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2001 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

Filed December 26, 2001

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 01-2224 and 01-2296

SOUTH CAMDEN CITIZENS IN ACTION;
GENEVA SANDERS; PAULINE WOODS;
BARBARA PFEIFER; JULITA GILLIARD;
OSCAR LISBOA; SHIRLEY RIOS;
PHYLLIS HOLMES; GWEN PETERSON;
LATOYA COOPER; JULIO LUGO

v.

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL
PROTECTION; ROBERT C. SHINN, JR.,
Commissioner of the NJ Dept. of Environmental
Protection, in his official capacity

ST. LAWRENCE CEMENT CO., L.L.C.,
Intervenor in D.C.,

        Appellant in No. 01-2224

SOUTH CAMDEN CITIZENS IN ACTION;
GENEVA SANDERS; PAULINE WOODS;
BARBARA PFEIFER; JULITA GILLIARD;
OSCAR LISBOA; SHIRLEY RIOS;
PHYLLIS HOLMES; GWEN PETERSON;
LATOYA COOPER; JULIO LUGO

v.

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL
PROTECTION; ROBERT C. SHINN, JR.,
Commissioner of the NJ Dept. of Environmental
Protection, in his official capacity

ST. LAWRENCE CEMENT CO., L.L.C.,
Intervenor in D.C.,

New Jersey Department of Environmental Protection;

Robert C. Shinn, Jr.,

      Appellants in No. 01-2296

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civ. No. 01-00702)

BEFORE: MCKEE, AMBRO, and GREENBERG,
Circuit Judges

ORDER AMENDING OPINION

It is hereby ordered that the slip opinion in the above
case filed December 17, 2001, be amended to the end that
on page 28, four lines from the bottom, and on page 29, in
the fifth line of the incomplete paragraph "O'Conner" is
spelled "O'Connor."

      By the Court,

      /s/ Morton I. GreenbergCircuit Judge

DATED: 26 December 2001

A True Copy:
Teste:

      Clerk of the United States Court of Appeals
      for the Third Circuit